| | |
|---|---|
| WAYNE S. KREGER (SBN 154759)<br>SARA D. AVILA (SBN 263213)<br>MILSTEIN, ADELMAN & KREGER, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90405<br>Telephone:  (310) 396-9600<br>Facsimile:  (310) 396-9635<br>E-Mail: *wkreger@maklawyers.com;*<br>*savila@maklawyers.com* | ROBERT A. VAN NEST (SBN 84065)<br>ASIM M. BHANSALI (SBN 194925)<br>STEVEN K. TAYLOR (SBN 204668)<br>PAVEN MALHOTRA (SBN 258429)<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188<br>E-Mail: *rvannest@kvn.com; amb@kvn.com;*<br>*staylor@kvn.com; pmalhotra@kvn.com* |
| Attorneys for Plaintiff, Mary McKinney | |
| | Attorneys for Defendant<br>Google Inc. |
| HENRY WEISSMANN (SBN 132418)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:     (213) 687-3702<br>E-mail:  *Henry.Weissmann@mto.com* | JOSEPH E. ADDIEGO III (SBN 169522)<br>JAMES C. GRANT<br>(*Pro Hac Vice to be Submitted*)<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111-6533<br>Telephone:  (415) 276-6500<br>Facsimile:  (415) 276-6599<br>E-Mail: *joeaddiego@dwt.com;*<br>*jamesgrant@dwt.com* |
| ROSEMARIE T. RING (SBN 220769)<br>SARALA V. NAGALA (SBN 258712)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, CA  94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>E-Mail: *Rose.Ring@mto.com;*<br>*Sarala.Nagala@mto.com* | Attorneys for Defendant<br>T-Mobile USA, Inc.<br><br>[*Additional Counsel on Signature Page*] |
| Attorneys for Defendant, HTC Corporation | |

IT IS SO ORDERED
Judge James Ware
4/15/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY McKINNEY, et al.,<br><br>             Plaintiff,<br><br>      vs.<br><br>GOOGLE, INC., a Delaware corporation, HTC CORP., a Taiwanese corporation, and T-MOBILE USA, INC., a Delaware corporation,<br><br>             Defendants. | CASE NO.  C 10-01177 JW<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

10271489.1

STIPULATION
CASE NO. C 10-01177 JW

1   WHEREAS, on March 22, 2010, defendants Google Inc. and T-Mobile USA, Inc.
2   removed this action from the Superior Court of the State of California in and for the County of
3   Santa Clara to this Court, and therefore, pursuant to Fed.R.Civ.P. 81(c)(2)(C), must respond to the
4   complaint on or before March 29, 2010;

5   WHEREAS, as of March 22, 2010, plaintiff had not served the complaint on defendant
6   HTC Corporation;

7   WHEREAS, on March 26, 2010, plaintiff requested that defendant HTC Corporation
8   waive service of process pursuant to Fed.R.Civ.P. 4(d) (1) and HTC Corporation agreed, and
9   therefore, pursuant to Fed.R.Civ.P. 4(d)(3), HTC Corporation must respond to the complaint on
10  or before May 25, 2010;

11  WHEREAS, the parties have agreed that the deadline for defendants Google Inc., T-
12  Mobile USA, Inc., and HTC Corporation to respond to the complaint will be May 25, 2010;

13  WHEREAS, this extension will not alter the date of any event or deadline already fixed by
14  Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension;

15  NOW THEREFORE, plaintiff and defendants through their counsel of record stipulate to
16  the following:

17  IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for
18  defendants to answer, move or otherwise respond to the complaint shall be and is hereby
19  extended to May 25, 2010.

20
21
22
23
24
25
26
27
28

10271489.1                                  1                         STIPULATION
                                                                      CASE NO. C 10-01177 JW

| | | |
|---|---|---|
| 1 | DATED: March 29, 2010 | MILSTEIN, ADELMAN & KREGER, LLP |
| 2 | | |
| 3 | | By:  */s/ Wayne S. Kreger* |
| 4 | | WAYNE S. KREGER |
| 5 | | Attorneys for Plaintiff<br>MARY MCKINNEY |
| 6 | DATED: March 29, 2010 | KEKER & VAN NEST LLP |
| 7 | | |
| 8 | | By:  */s/ Steven K. Taylor* |
| 9 | | STEVEN K. TAYLOR |
| 10 | | Attorneys for Defendant<br>GOOGLE INC. |
| 11 | DATED: March 29, 2010 | DAVIS WRIGHT TREMAINE LLP |
| 12 | | |
| 13 | | By:  */s/ Joseph E. Addiego III* |
| 14 | | JOSEPH E. ADDIEGO III |
| 15 | | Attorneys for Defendant<br>T-MOBILE USA, INC. |
| 16 | DATED: March 29, 2010 | MUNGER, TOLLES & OLSON LLP |
| 17 | | |
| 18 | | By:  */s/ Rosemarie T. Ring* |
| 19 | | ROSEMARIE T. RING |
| 20 | | Attorneys for Defendant<br>HTC CORPORATION |

1 | *Additional Counsel:*

2 | JOE R. WHATLEY, JR.  HOWARD RUBINSTEIN
EDITH M. KALLAS  LAW OFFICE OF HOWARD RUBINSTEIN
3 | PATRICK J. SHEEHAN  914 Waters Avenue, Suite 20
WHATLEY DRAKE & KALLAS, LLC  Aspen, CO 81611
4 | 1540 Broadway, 37th Floor  Telephone: (832) 715-2788
New York, NY 10036
5 | Telephone: (212) 447-7070
Facsimile: (212) 447-7077  Attorneys for Plaintiff
6 | E-Mail: *jwhatley@wdklaw.com;*  Mary McKinney
*ekallas@wdklaw.com; psheehan@wdklaw.com*

7 |

Attorneys for Plaintiff
8 | Mary McKinney

9 |

BRIAN W. SMITH
10 | SMITH & VANTURE, LLP
1615 Forum Place, Suite 4C
11 | West Palm Beach, FL 33401
Telephone: (800) 443-4529
12 |

13 | Attorneys for Plaintiff
Mary McKinney
14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

**CERTIFICATION**

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT.  In compliance with General Order 45.X.B., I hereby attest that Wayne S. Kreger, Steven K. Taylor and Joseph E. Addiego III concurred in this filing.