| | |
|---|---|
| MATTHEW L. LARRABEE (No. 97147) | HENRY WEISSMANN (No. 132418) |
| DECHERT LLP | MUNGER, TOLLES & OLSON LLP |
| One Maritime Plaza, Suite 2300 | 355 South Grand Avenue, Thirty-Fifth Floor |
| San Francisco, California  94111-3513 | Los Angeles, CA 90071-1560 |
| Telephone: 415.262.4500 | Telephone: (213) 683-9100 |
| Facsimile:  415.262.4555 | Facsimile: (213) 687-3702 |
| | E-mail: Henry.Weissmann@mto.com |
| STEVEN B.WEISBURD (No. 171490) | |
| steven.weisburd@dechert.com | ROSEMARIE T. RING (No. 220769) |
| DECHERT LLP | SARALA V. NAGALA (No. 258712) |
| 300 West 6th Street | MUNGER, TOLLES & OLSON LLP |
| Suite 2010 | 560 Mission Street, Twenty-Seventh Floor |
| Austin, TX 78701 | San Francisco, CA 94105-2907 |
| Telephone: 512.394.3000 | Telephone: (415) 512-4000 |
| Facsimile: 512.394.3001 | Facsimile: (415) 512-4077 |
| | E-Mail: Rose.Ring@mto.com; |
| Attorneys for Defendants, | Sarala.Nagala@mto.com |
| GOOGLE INC. | |
| | Attorneys for Defendant, HTC Corporation |
| WAYNE S. KREGER (No. 154759) | JOSEPH E. ADDIEGO III (No. 169522) |
| SARA D. AVILA (No. 263213) | JAMES C. GRANT |
| MILSTEIN, ADELMAN & KREGER, LLP | (Admitted Pro Hac Vice) |
| 2800 Donald Douglas Loop North | DAVIS WRIGHT TREMAINE LLP |
| Santa Monica, CA 90405 | 505 Montgomery Street, Suite 800 |
| Telephone: (310) 396-9600 | San Francisco, CA 94111-6533 |
| Facsimile: (310) 396-9635 | Telephone: (415) 276-6500 |
| E-Mail: wkreger@maklawyers.com; | Facsimile: (415) 276-6599 |
| savila@maklawyers.com | E-Mail: joeaddiego@dwt.com; |
| | jamesgrant@dwt.com |
| Attorneys for Plaintiff, Mary McKinney | |
| | Attorneys for Defendant |
| | T-Mobile USA, Inc. |
| | [Additional Counsel on Signature Page] |

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
5/27/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY McKINNEY, et al., | Case No. C 10-01177 JW |
| Plaintiff, | Action filed: April 15, 2010 |
| v. | **STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE PROPOSED AMENDED COMPLAINT** |
| GOOGLE INC., a Delaware corporation, HTC CORP., a Taiwanese corporation, and T-MOBILE USA, INC., a Delaware corporation, | |
| Defendants. | |

1    WHEREAS, on March 22, 2010, defendants Google Inc. and T-Mobile USA, Inc. removed this action from the Superior Court of the State of California in and for the County of Santa Clara to this Court;

WHEREAS, on March 29, 2010 the parties stipulated that defendants Google Inc., T-Mobile USA, Inc., and HTC Corporation (the "Defendants") must respond to the complaint on May 25, 2010;

WHEREAS, counsel for Plaintiff Mary McKinney have informed Defendants of their intention to file an Amended Complaint in this Court;

WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by the parties to this action and the Court prior to the filing of Plaintiff's Amended Complaint, the parties to this action have agreed to an extension of time for Defendants to respond to the proposed Amended Complaint; and

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, respectfully stipulate as follows:

1. Plaintiff shall file her Amended Complaint by June 11, 2010;
2. Defendants shall file and serve any answer(s) or motion(s) to dismiss by July 12, 2010, which is thirty (30) days from service of the Amended Complaint;
3. Plaintiff shall file any opposition to Defendants' motions(s) to dismiss by August 11, 2010 and Defendants shall file any reply in support of the motion(s) to dismiss by August 25, 2010.
4. Defendants need not respond to the current Complaint.

DATED: May 21, 2010          DECHERT LLP

By:   /s/ Matthew L. Larrabee
        MATTHEW L. LARRABEE

Attorneys for Defendant
GOOGLE INC.

DATED: May 21, 2010          MILSTEIN, ADELMAN & KREGER, LLP

By:   /s/ Wayne S. Kreger
        WAYNE S. KREGER

Attorneys for Plaintiff
MARY MCKINNEY

DATED: May 21, 2010          DAVIS WRIGHT TREMAINE LLP

By:   /s/ James C. Grant
        JAMES C. GRANT

Attorneys for Defendant
T-MOBILE USA, INC.

DATED: May 21, 2010          MUNGER, TOLLES & OLSON LLP

By:   /s/ Rosemarie T. Ring
        ROSEMARIE T. RING

Attorneys for Defendant
HTC CORPORATION

IT IS SO ORDERED AS MODIFIED:

The Court sets an anticipated hearing on dispositive motions for **November 1, 2010 at 9:00 AM**. The stipulated briefing schedule remains unchanged.

Dated: May 27, 2010

_____
United States District Judge

2

STIPULATION                                                         Case No. C 10-1177 JW

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| Additional Counsel: | |
| JOE R. WHATLEY, JR. | HOWARD RUBINSTEIN |
| (Pro Hac Vice Pending) | LAW OFFICE OF HOWARD RUBINSTEIN |
| EDITH M. KALLAS | 914 Waters Avenue, Suite 20 |
| (Pro Hac Vice Pending) | Aspen, CO 81611 |
| PATRICK J. SHEEHAN | Telephone: (832) 715-2788 |
| (Pro Hac Vice Pending) | |
| WHATLEY DRAKE & KALLAS, LLC | Attorneys for Plaintiff Mary McKinney |
| 1540 Broadway, 37th Floor | |
| New York, NY 10036 | |
| Telephone: (212) 447-7070 | |
| Facsimile: (212) 447-7077 | |
| E-Mail: jwhatley@wdklaw.com; | |
| ekallas@wdklaw.com; psheehan@wdklaw.com | |

Attorneys for Plaintiff Mary McKinney

BRIAN W. SMITH
SMITH & VANTURE, LLP
1615 Forum Place, Suite 4C
West Palm Beach, FL 33401
Telephone: (800) 443-4529

Attorneys for Plaintiff Mary McKinney

## **CERTIFICATION**

I, Matthew L. Larrabee, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE PROPOSED AMENDED COMPLAINT.  In compliance with General Order 45.X.B., I hereby attest that Wayne S. Kreger, James C. Grant and Rosemarie T. Ring have concurred in this filing.