| | |
|---|---|
| MATTHEW L. LARRABEE (No. 97147)<br>DECHERT LLP<br>One Maritime Plaza, Suite 2300<br>San Francisco, California 94111-3513<br>Telephone: 415.262.4500<br>Facsimile: 415.262.4555<br><br>STEVEN B.WEISBURD (No. 171490)<br>steven.weisburd@dechert.com<br>DECHERT LLP<br>300 West 6th Street<br>Suite 2010<br>Austin, TX 78701<br>Telephone: 512.394.3000<br>Facsimile: 512.394.3001<br><br>Attorneys for Defendants,<br>GOOGLE INC. | HENRY WEISSMANN (No. 132418)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>E-mail: Henry.Weissmann@mto.com<br><br>ROSEMARIE T. RING (No. 220769)<br>SARALA V. NAGALA (No. 258712)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>E-Mail: Rose.Ring@mto.com;<br>Sarala.Nagala@mto.com<br><br>Attorneys for Defendant, HTC Corporation |
| WAYNE S. KREGER (No. 154759)<br>SARA D. AVILA (No. 263213)<br>MILSTEIN, ADELMAN & KREGER, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90405<br>Telephone: (310) 396-9600<br>Facsimile: (310) 396-9635<br>E-Mail: wkreger@maklawyers.com;<br>savila@maklawyers.com<br><br>Attorneys for Plaintiff, Mary McKinney | JOSEPH E. ADDIEGO III (No. 169522)<br>JAMES C. GRANT<br>(Admitted Pro Hac Vice)<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111-6533<br>Telephone: (415) 276-6500<br>Facsimile: (415) 276-6599<br>E-Mail: joeaddiego@dwt.com;<br>jamesgrant@dwt.com<br><br>Attorneys for Defendant<br>T-Mobile USA, Inc.<br>[Additional Counsel on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY McKINNEY, et al.,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br>HTC CORP., a Taiwanese corporation, and<br>T-MOBILE USA, INC., a Delaware corporation,<br><br>        Defendants. | Case No. C 10-01177 JW<br><br>Action filed: April 15, 2010<br><br>**STIPULATED REQUEST AND<br>[PROPOSED] ORDER TO CONTINUE<br>JUNE 21, 2010 CASE MANAGEMENT<br>CONFERENCE AND RELATED<br>DEADLINES** |

1   WHEREAS, on March 22, 2010, Defendants Google Inc. and T-Mobile USA, Inc. removed this action from the Superior Court of the State of California in and for the County of Santa Clara to this Court;

WHEREAS, a Case Management Conference is currently scheduled for June 21, 2010, and a Case Management Statement is currently due on June 11, 2010;

WHEREAS, on May 27, 2010, the Hon. James Ware approved a stipulation allowing Plaintiff to file her Amended Complaint by June 11, 2010; Defendants to file and serve any answer(s) or motion(s) to dismiss by July 12, 2010; and, if any such motion(s) are filed, Plaintiff to file any opposition by August 11, 2010 and Defendants to file any reply by August 25, 2010;

WHEREAS, the Court has set a hearing on dispositive motions for November 1, 2010 at 9:00 AM;

WHEREAS, Plaintiff intends to file her Amended Complaint on July 11, 2010; and Defendants anticipate filing one or more motions to dismiss under Rule 12 of the Federal Rules of Civil Procedure that will seek dismissal of the entire action;

WHEREAS, given that Plaintiff's Amended Complaint will not be filed until the current due date of the Case Management Statement, and Defendants' motion(s) to dismiss will seek dismissal of the entire action, the parties to this action have agreed, subject to the Court's approval, that the June 21, 2010 Case Management Conference, and related deadlines for complying with the requirements of Rule 26 of the Federal Rules of Civil Procedure, including the June 11, 2010 deadline set by the Court for filing a Case Management Statement, should be continued to avoid the unnecessary expenditure of judicial resources or effort by the parties to this action and the Court prior to the Court's ruling on Defendants' anticipated dispositive motions; and

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, respectfully stipulate as follows:

1.   The Case Management Conference, currently scheduled for June 21, 2010, shall be adjourned to a convenient date for the Court, following its rulings on Defendants' anticipated dispositive motions.

2. The current due date of June 11, 2010 for filing a Case Management Statement shall be vacated.

3. New due dates for filing a Case Management Statement and complying with other requirements of Rule 26 of the Federal Rules of Civil Procedure shall be set according to the date to be set by the Court for the Case Management Conference following its rulings on Defendants' anticipated dispositive motions.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 8, 2010 | DECHERT LLP |
| 3 | | |
| 4 | | By: /s/ Matthew L. Larrabee<br>MATTHEW L. LARRABEE |
| 5 | | |
| 6 | | Attorneys for Defendant<br>GOOGLE INC. |
| 7 | | |
| 8 | DATED: June 8, 2010 | MILSTEIN, ADELMAN & KREGER, LLP |
| 9 | | |
| 10 | | By: /s/ Wayne S. Kreger<br>WAYNE S. KREGER |
| 11 | | |
| 12 | | Attorneys for Plaintiff<br>MARY MCKINNEY |
| 13 | DATED: June 8, 2010 | DAVIS WRIGHT TREMAINE LLP |
| 14 | | |
| 15 | | By: /s/ James C. Grant<br>JAMES C. GRANT |
| 16 | | |
| 17 | | Attorneys for Defendant<br>T-MOBILE USA, INC. |
| 18 | | |
| 19 | DATED: June 8, 2010 | MUNGER, TOLLES & OLSON LLP |
| 20 | | |
| 21 | | By: /s/ Rosemarie T. Ring<br>ROSEMARIE T. RING |
| 22 | | Attorneys for Defendant<br>HTC CORPORATION |
| 23 | | |
| 24 | | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:** The Case Management Conference is continued to **November 1, 2010 at 10:00 A.M.** The parties shall file a joint case management conference statement on or before **October 22, 2010.**

Dated: June 11, 2010

_____
United States District Judge

3

STIPULATED REQUEST                                          Case No. C 10-1177 JW

| | |
|---|---|
| 1  Additional Counsel: | |
| 2  JOE R. WHATLEY, JR. | HOWARD RUBINSTEIN |
| 3  (Pro Hac Vice Pending)<br>EDITH M. KALLAS | LAW OFFICE OF HOWARD RUBINSTEIN<br>914 Waters Avenue, Suite 20 |
| 4  (Pro Hac Vice Pending)<br>PATRICK J. SHEEHAN | Aspen, CO 81611<br>Telephone: (832) 715-2788 |
| 5  (Pro Hac Vice Pending)<br>WHATLEY DRAKE & KALLAS, LLC | Attorneys for Plaintiff Mary McKinney |
| 6  1540 Broadway, 37th Floor<br>New York, NY 10036 | |
| 7  Telephone: (212) 447-7070 | |
| 8  Facsimile: (212) 447-7077<br>E-Mail: jwhatley@wdklaw.com; | |
| 9  ekallas@wdklaw.com; psheehan@wdklaw.com | |
| 10  Attorneys for Plaintiff Mary McKinney | |
| 11  BRIAN W. SMITH | |
| 12  SMITH & VANTURE, LLP<br>1615 Forum Place, Suite 4C | |
| 13  West Palm Beach, FL 33401<br>Telephone: (800) 443-4529 | |
| 14 | |
| 15  Attorneys for Plaintiff Mary McKinney | |

## CERTIFICATION

I, Matthew L. Larrabee, am the ECF User whose identification and password are being used to file this STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE JUNE 21, 2010 CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES. In compliance with General Order 45.X.B., I hereby attest that Wayne S. Kreger, James C. Grant and Rosemarie T. Ring have concurred in this filing.