| | |
|---|---|
| WAYNE S. KREGER (SBN 154759) | HENRY WEISSMANN (SBN 132418) |
| SARA D. AVILA (SBN 263213) | MUNGER, TOLLES & OLSON LLP |
| MILSTEIN, ADELMAN & KREGER, LLP | 355 South Grand Avenue, Thirty-Fifth Floor |
| 2800 Donald Douglas Loop North | Los Angeles, CA 90071-1560 |
| Santa Monica, CA 90405 | Telephone: (213) 683-9100 |
| Telephone:  (310) 396-9600 | Facsimile: (213) 687-3702 |
| Facsimile:  (310) 396-9635 | E-mail: Henry.Weissmann@mto.com |
| E-Mail: *wkreger@maklawyers.com;* | |
| *savila@maklawyers.com* | ROSEMARIE T. RING (SBN 220769) |
| | SARALA V. NAGALA (SBN 258712) |
| Attorneys for Plaintiff, Mary McKinney | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street, Twenty-Seventh Floor |
| | San Francisco, CA 94105-2907 |
| MATTHEW L. LARRABEE (SBN 97147) | Telephone: (415) 512-4000 |
| DECHERT LLP | Facsimile: (415) 512-4077 |
| One Maritime Plaza, Suite 2300 | E-Mail: Rose.Ring@mto.com; |
| San Francisco, California 94111-3513 | Sarala.Nagala@mto.com |
| Telephone: 415.262.4500 | |
| Facsimile: 415.262.4555 | Attorneys for Defendant, HTC Corp. |
| | |
| STEVEN B.WEISBURD (SBN 171490) | JOSEPH E. ADDIEGO III (SBN 169522) |
| steven.weisburd@dechert.com | JAMES C. GRANT (*Pro Hac Vice*) |
| DECHERT LLP | DAVIS WRIGHT TREMAINE LLP |
| 300 West 6th Street | 505 Montgomery Street, Suite 800 |
| Suite 2010 | San Francisco, CA 94111-6533 |
| Austin, TX 78701 | Telephone:  (415) 276-6500 |
| Telephone: 512.394.3000 | Facsimile:  (415) 276-6599 |
| Facsimile: 512.394.3001 | E-Mail:  *joeaddiego@dwt.com;* |
| | *jamesgrant@dwt.com* |
| Attorneys for Defendant, Google Inc. | |
| | Attorneys for Defendant, T-Mobile USA, Inc. |

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARY McKINNEY, et al., | CASE NO.  C 10-01177 JW |
| Plaintiff, | **STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND MOTIONS TO DISMISS AND FOR DEFENDANTS TO REPLY THERETO** |
| vs. | |
| GOOGLE, INC., a Delaware corporation, HTC CORP., a Taiwanese corporation, and T-MOBILE USA, INC., a Delaware corporation, | |
| Defendants. | |

WHEREAS, the following four (4) motions are currently pending in the above entitled action (1) T-Mobile USA, Inc's Motion to Compel Arbitration and Stay the Case; (2) HTC Corp.'s Motion to Compel Arbitration and Stay the Case; (3) T-Mobile USA, Inc.'s Motion to Dismiss; and (4) HTC Corp. and Google Inc.'s joint Motion to Dismiss.

WHEREAS, the current deadline for Plaintiff to oppose the Motions is August 11, 2010;

WHEREAS, the current deadline for Defendants to reply to Plaintiff's opposition to the Motions is August 25, 2010;

WHEREAS, given that the hearing date for the Motions is scheduled for November 1, 2010, and the current deadlines are based upon a modified briefing scheduled stipulated to by the parties, the parties to this action have agreed at Plaintiff's request, subject to the Court's approval, that the deadline for Plaintiff to oppose the Motions should be continued to August 25, 2010 and the deadline for Defendants to reply to Plaintiff's opposition to the Motions should be continued to September 22, 2010;

NOW THEREFORE, plaintiff and defendants through their counsel of record, respectfully stipulate as follows:

1. The current due date of August 11, 2010 for Plaintiff to oppose the Motions shall be vacated, and the new deadline set for August 25, 2010.

2. The current due date of August 25, 2010 for Defendants to reply to Plaintiff's opposition to the Motions shall be vacated, and the new deadline set for September 22, 2010.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 9, 2010 | MILSTEIN, ADELMAN & KREGER, LLP |
| 3 | | |
| 4 | | By:  /s/  Wayne S. Kreger  <br>            WAYNE S. KREGER |
| 5 | | |
| 6 | | Attorneys for Plaintiff <br> MARY MCKINNEY |
| 7 | DATED: August 9, 2010 | DECHERT LLP |
| 8 | | |
| 9 | | By:  /s/  Matthew L. Larrabee  <br>            MATTHEW L. LARRABEE |
| 10 | | |
| 11 | | Attorneys for Defendant <br> GOOGLE INC. |
| 12 | | |
| 13 | DATED: August 9, 2010 | MUNGER, TOLLES & OLSON LLP |
| 14 | | |
| 15 | | By:  /s/ Rosemarie T. Ring  <br>            ROSEMARIE T. RING |
| 16 | | |
| 17 | | Attorneys for Defendant <br> HTC CORPORATION |
| 18 | DATED: August 9, 2010 | DAVIS WRIGHT TREMAINE LLP |
| 19 | | |
| 20 | | By:  /s/  James Grant  <br>            JAMES GRANT |
| 21 | | |
| 22 | | Attorneys for Defendant <br> T-MOBILE USA, INC. |
| 23 | | |

*Additional Counsel:*

| | |
|---|---|
| JOE R. WHATLEY, JR. <br> EDITH M. KALLAS <br> PATRICK J. SHEEHAN <br> WHATLEY DRAKE & KALLAS, LLC <br> 1540 Broadway, 37th Floor <br> New York, NY 10036 <br> Telephone:  (212) 447-7070 <br> Facsimile:  (212) 447-7077 | HOWARD RUBINSTEIN <br> LAW OFFICE OF HOWARD RUBINSTEIN <br> 914 Waters Avenue, Suite 20 <br> Aspen, CO 81611 <br> Telephone:  (832) 715-2788 <br><br> Attorneys for Plaintiff |

E-Mail: *jwhatley@wdklaw.com; ekallas@wdklaw.com; psheehan@wdklaw.com*

Mary McKinney

Attorneys for Plaintiff
Mary McKinney

BRIAN W. SMITH
SMITH & VANTURE, LLP
1615 Forum Place, Suite 4C
West Palm Beach, FL 33401
Telephone: (800) 443-4529

Attorneys for Plaintiff
Mary McKinney

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The current due date of August 11, 2010 for Plaintiff to oppose the Motions shall be vacated, and the new deadline set for August 25, 2010.

2. The current due date of August 25, 2010 for Defendants to reply to Plaintiff's opposition to the Motions shall be vacated, and the new deadline set for September 22, 2010.

Dated: August 17, 2010

_____
United States District Judge

## CERTIFICATION

I, Sara Avila , am the ECF User whose identification and password are being used to file this STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND MOTIONS TO DISMISS AND FOR DEFENDANTS TO REPLY THERETO.  In compliance with General Order 45.X.B., I hereby attest that Wayne S. Kreger, Matthew L. Larrabee, Rosemarie T. Ring, and Jim Grant concurred in this filing.