United States District Court
For the Northern District of California

1
2
3
4
5
6
7                          IN THE UNITED STATES DISTRICT COURT
8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                   SAN JOSE DIVISION
10   Mary McKinney,                        NO. C 10-01177 JW
                                           NO. C 10-03897 JW
11   _____/
     Nathan Nabors,                        **ORDER CONTINUING CASE**
12                                         **MANAGEMENT CONFERENCE**
              Plaintiffs,
13      v.
14   Google, Inc., et al.,
15              Defendants.
16   _____/
17          These related cases are scheduled for a Case Management Conference on October 25, 2010.

18   Defendants have filed several dispositive Motions set for hearing on November 1, 2010.  (See

     Docket Item Nos. 30, 36, 39, 41.)  In light of the pending Motions, the Court finds good cause to
19
     continue the Conference to coincide with the hearing.
20
            Accordingly, the Court CONTINUES the October 25 Case Management Conference to
21
     **November 1, 2010 at 10:00 a.m.**
22
23
     Dated:  October 20, 2010
24                                         _____
                                           JAMES WARE
25                                         United States District Judge
26
27
28

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Edith M. Kallas ekallas@wdklaw.com
James Condon Grant jimgrant@dwt.com
Joe R. Whatley jwhatley@wdklaw.com
Joseph Edward Addiego joeaddiego@dwt.com
Matthew Lloyd Larrabee matthew.larrabee@dechert.com
Patrick J. Sheehan psheehan@wdklaw.com
Rosemarie Theresa Ring rose.ring@mto.com
Sara Dawn Avila savila@maklawyers.com
Wayne Scott Kreger wkreger@maklawyers.com

**Dated:  October 20, 2010**                          **Richard W. Wieking, Clerk**

                                                       **By:    /s/ JW Chambers                    **
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**