**MILSTEIN, ADELMAN & KREGER, LLP**
WAYNE S. KREGER, State Bar No. 154759
wkreger@maklawyers.com
SARA D. AVILA, State Bar No. 263213
savila@maklawyers.com
2800 Donald Douglas Loop North
Santa Monica, California  90405
Telephone (310) 396-9600
Facsimile (310) 396-9635

**WHATLEY DRAKE & KALLAS, LLC**
Joe R. Whatley, Jr. (*pro hac vice* pending, NY Bar No.4406088)
jwhatley@wdklaw.com
Edith M. Kallas (*pro hac vice* pending, NY Bar No. 2200434)
ekallas@wdklaw.com
Patrick J. Sheehan (*pro hac vice* pending, NY Bar No. 3016060)
psheehan@wdklaw.com
1540 Broadway, 37th Floor
New York, New York 10036
Tel: (212) 447-7070
Fax: (212) 447-7077

Attorneys for Plaintiff

*IT IS SO ORDERED*
Judge James Ware
11/5/2010

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARY MCKINNEY, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware Corporation; HTC CORP., a Delaware Corporation; and T-MOBILE USA, INC., a Delaware Corporation.<br><br>Defendants. | 5:10-cv-01177-JW<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:           November 29, 2010<br>Time:          9:00 AM<br>Courtroom: 8, 4th Floor<br>Judge:         Hon. James Ware |

During the hearing this Court held on Monday, November 1, 2010, regarding the motions to dismiss and compel arbitration filed by Defendants Google, Inc., HTC Corp., and T-Mobile USA, Inc., the court indicated that Plaintiff McKinney would be allowed to amend her complaint once those motions were resolved.  As this Court is aware, on October 21, 2010, McKinney filed a motion for leave to amend her complaint, which is set for argument on November 29, 2010.  Doc. 63.  McKinney's attorneys have conferred with attorneys for the Defendants, whose briefs in opposition would have been due on November 8, 2010.  All parties had the same understanding

regarding the comments made by the court.

After those discussions, all parties have agreed that McKinney may withdraw her motion for leave to amend without prejudice. Pursuant to C.D. Cal. LR 7-7(a), Plaintiff hereby withdraws her Motion for Leave To File Second Amended Complaint. This precludes any reason for going forward with the hearing on November 29, 2010.

DATED: November 4, 2010              Attorneys for Plaintiff Mary McKinney and the
                                     Proposed Class


                                     By:   s/Sara D. Avila
                                           Sara D. Avila
                                           MILSTEIN, ADELMAN & KREGER, LLP

2

I, Sara D. Avila, am the ECF user whose ID and password are being used to file this Motion and accompanying papers. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/S) within this e-filed document.

DATED: November 4, 2010

Attorneys for Plaintiff Mary McKinney and the Proposed Class

By:  s/Sara D. Avila
MILSTEIN, ADELMAN & KREGER, LLP
   Wayne S. Kreger
   Sara D. Avila

WHATLEY DRAKE & KALLAS, LLC
   Joe R. Whatley, Jr.
   Edith M. Kallas
   Patrick J. Sheehan

LAW OFFICE OF HOWARD RUBINSTEIN
   Howard Rubinstein
   howardr@pdq.net
   914 Waters Avenue, Suite 20
   Aspen, Colorado 81611
   Tel: (832) 715-2788

SMITH & VANTURE, LLP
   Brian W. Smith
   bws@smithvanture.com
   1615 Forum Place, Suite 4C
   West Palm Beach, Florida 33401
   Tel: (800) 443-4529
   Fax: (561) 688-0630