| | |
|---|---|
| MATTHEW L. LARRABEE (No. 97147)<br>DECHERT LLP<br>One Maritime Plaza, Suite 2300<br>San Francisco, California 94111-3513<br>Telephone: 415.262.4500<br>Facsimile: 415.262.4555<br><br>STEVEN B. WEISBURD (No. 171490)<br>steven.weisburd@dechert.com<br>DECHERT LLP<br>300 West 6th Street<br>Suite 2010<br>Austin, TX 78701<br>Telephone: 512.394.3000<br>Facsimile: 512.394.3001<br><br>Attorneys for Defendants,<br>GOOGLE INC. | HENRY WEISSMANN (No. 132418)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>E-mail: Henry.Weissmann@mto.com<br><br>ROSEMARIE T. RING (No. 220769)<br>SARALA V. NAGALA (No. 258712)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>E-Mail: Rose.Ring@mto.com;<br>Sarala.Nagala@mto.com<br><br>Attorneys for Defendant, HTC Corporation |
| WAYNE S. KREGER (No. 154759)<br>SARA D. AVILA (No. 263213)<br>MILSTEIN, ADELMAN & KREGER, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90405<br>Telephone: (310) 396-9600<br>Facsimile: (310) 396-9635<br>E-Mail: wkreger@maklawyers.com;<br>savila@maklawyers.com<br><br>Attorneys for Plaintiff, Mary McKinney<br>[Additional Counsel on Signature Page] | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY McKINNEY, et al.,<br><br>            Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br>HTC CORP., a Taiwanese corporation, and<br>T-MOBILE USA, INC., a Delaware<br>corporation,<br><br>            Defendants. | Case No. C 10-01177 JW<br><br>Action filed: April 15, 2010<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT** |

IT IS SO ORDERED
Judge James Ware
12/20/2010

1  WHEREAS, defendants Google Inc. and HTC Corporation (the "Defendants") must
2  respond to the Second Amended Complaint filed by Mary McKinney ("McKinney") on
3  December 27, 2010;

4  WHEREAS McKinney has agreed to extend the Defendants' deadline for responding to
5  the Second Amended Complaint until January 31, 2011, and,

6  WHEREAS, this extension will not alter the date of any event or deadline already fixed by
7  Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension;

8  NOW THEREFORE, plaintiffs and defendants through their counsel of record stipulate to
9  the following:

10  IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for
11  Defendants to answer, move or otherwise respond to the Second Amended Complaint in
12  McKinney shall be and is hereby extended to January 31, 2011.

13  DATED: December 17, 2010   DECHERT LLP

15  By:  /s/ Matthew L. Larrabee
         MATTHEW L. LARRABEE

16  Attorneys for Defendant
17  GOOGLE INC.

19  DATED: December 17, 2010   MILSTEIN, ADELMAN & KREGER, LLP

20  By:  /s/ Sara Avila
21       SARA AVILA

22  Attorneys for Plaintiff
    MARY MCKINNEY

24  DATED: December 17, 2010   MUNGER, TOLLES & OLSON LLP

26  By:  /s/ Rosemarie T. Ring
         ROSEMARIE T. RING

27  Attorneys for Defendant
28  HTC CORPORATION

Additional Counsel:

| | |
|---|---|
| JOE R. WHATLEY, JR.<br>(Pro Hac Vice Pending)<br>EDITH M. KALLAS<br>(Pro Hac Vice Pending)<br>PATRICK J. SHEEHAN<br>(Pro Hac Vice Pending)<br>WHATLEY DRAKE & KALLAS, LLC<br>1540 Broadway, 37th Floor<br>New York, NY 10036<br>Telephone: (212) 447-7070<br>Facsimile: (212) 447-7077<br>E-Mail: jwhatley@wdklaw.com;<br>ekallas@wdklaw.com; psheehan@wdklaw.com<br><br>Attorneys for Plaintiff Mary McKinney | HOWARD RUBINSTEIN<br>LAW OFFICE OF HOWARD RUBINSTEIN<br>914 Waters Avenue, Suite 20<br>Aspen, CO 81611<br>Telephone: (832) 715-2788<br><br>Attorneys for Plaintiff Mary McKinney |

BRIAN W. SMITH
SMITH & VANTURE, LLP
1615 Forum Place, Suite 4C
West Palm Beach, FL 33401
Telephone: (800) 443-4529

Attorneys for Plaintiff Mary McKinney

## **CERTIFICATION**

I, Matthew L. Larrabee, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND SECOND AMENDED COMPLAINT. In compliance with General Order 45.X.B., I hereby attest that Sara Avila and Rosemarie T. Ring concurred in this filing.

13975792.1