| | |
|---|---|
| SARA D. AVILA (SBN 263213)<br>MILSTEIN ADELMAN, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90405<br>Telephone:  (310) 396-9600<br>Facsimile:  (310) 396-9635<br>E-Mail: *wkreger@maklawyers.com;*<br>*savila@maklawyers.com* | MATTHEW L. LARRABEE (No. 97147)<br>DECHERT LLP<br>One Maritime Plaza, Suite 2300<br>San Francisco, California 94111-3513<br>Telephone: 415.262.4500<br>Facsimile: 415.262.4555<br>Email:  matthew.larrabee@dechert.com |
| Attorneys for Plaintiff Mary McKinney | STEVEN B.WEISBURD (No. 171490)<br>DECHERT LLP<br>300 West 6th Street, Suite 2010<br>Austin, Texas 78701<br>Telephone: 512.394.3000<br>Facsimile: 512.394.3001<br>Email:  steven.weisburd@dechert.com |
| HENRY WEISSMANN (SBN 132418)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br>E-mail:  *Henry.Weissmann@mto.com* | Attorneys for Defendant Google, Inc. |
| ROSEMARIE T. RING (SBN 220769)<br>SARALA V. NAGALA (SBN 258712)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, CA  94105-2907<br>Telephone:  (415) 512-4000<br>Facsimile:  (415) 512-4077<br>E-Mail:  *Rose.Ring@mto.com;*<br>*Sarala.Nagala@mto.com* | |
| Attorneys for Defendant HTC Corporation | |
| [Additional Counsel on Signature Page] | |

IT IS SO ORDERED

Judge James Ware

2/10/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY McKINNEY, et al.,<br><br>                    Plaintiff,<br><br>       vs.<br><br>GOOGLE, INC., a Delaware corporation,<br>HTC CORP., a Taiwanese corporation,<br><br>                   Defendants. | CASE NO.  C 10-01177 JW<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

1    WHEREAS, Defendants Google Inc. and HTC Corporation (the "Defendants")
2  must respond to the Second Amended Complaint filed by Plaintiff Mary McKinney
3  ("McKinney") by January 31, 2011;
4    WHEREAS, McKinney has agreed to extend the Defendants' deadline for
5  responding to the Second Amended Complaint until February 22, 2011; and
6    WHEREAS, this extension will not alter the date of any event or deadline already
7  fixed by Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an
8  extension;
9    NOW THEREFORE, Plaintiff and Defendants through their counsel of record
10 stipulate to the following:
11   IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for
12 Defendants to answer, move or otherwise respond to the Second Amended Complaint in this
13 action shall be and is hereby extended to February 22, 2011.

| | | |
|---|---|---|
| 1 | DATED: January 28, 2011 | MILSTEIN ADELMAN, LLP |
| 2 | | |
| 3 | | By: */s/ Sara Avila* |
| 4 | | SARA AVILA |
| 5 | | Attorneys for Plaintiff<br>MARY MCKINNEY |
| 6 | DATED: January 28, 2011 | WHATLEY DRAKE & KALLAS, LLC |
| 7 | | |
| 8 | | By: */s/ Adam P. Plant* |
| 9 | | ADAM P. PLANT |
| 10 | | Attorneys for Plaintiff<br>MARY MCKINNEY |
| 11 | DATED: January 28, 2011 | DECHERT LLP |
| 12 | | |
| 13 | | By: */s/ Matthew L. Larrabee* |
| 14 | | MATTHEW L. LARRABEE |
| 15 | | Attorneys for Defendant<br>GOOGLE INC. |
| 16 | DATED: January 28, 2011 | MUNGER, TOLLES & OLSON LLP |
| 17 | | |
| 18 | | By: */s/ Rosemarie T. Ring* |
| 19 | | ROSEMARIE T. RING |
| 20 | | Attorneys for Defendant<br>HTC CORPORATION |

1 | *Additional Counsel:*

2 | JOE R. WHATLEY, JR. | HOWARD RUBINSTEIN
EDITH M. KALLAS | LAW OFFICE OF HOWARD RUBINSTEIN
3 | PATRICK J. SHEEHAN | 1615 Forum Place, Suite 4C
WHATLEY DRAKE & KALLAS, LLC | West Palm Beach, FL 33401
4 | 1540 Broadway, 37th Floor | Telephone: (832) 715-2788
New York, NY 10036
5 | Telephone: (212) 447-7070
Facsimile: (212) 447-7077 | Attorneys for Plaintiff
6 | E-Mail: *jwhatley@wdklaw.com;* | Mary McKinney
*ekallas@wdklaw.com; psheehan@wdklaw.com*

8 | ADAM P. PLANT
WHATLEY DRAKE & KALLAS, LLC
9 | 2001 Park Place North, Suite 1000
Birmingham, AL 35203
10 | Telephone: (205) 328-9576
Facsimile: (205) 328-9669
11 | E-Mail: *aplant@wdklaw.com*

12 | Attorneys for Plaintiff
Mary McKinney

14 | BRIAN W. SMITH
SMITH & VANTURE, LLP
15 | 1615 Forum Place, Suite 4C
West Palm Beach, FL 33401
16 | Telephone: (800) 443-4529

Attorneys for Plaintiff
18 | Mary McKinney

## **CERTIFICATION**

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT.  In compliance with General Order 45.X.B., I hereby attest that Sara Avila, Matthew L. Larrabee and Adam Plant concurred in this filing.