| | |
|---|---|
| MATTHEW L. LARRABEE (No. 97147)<br>DECHERT LLP<br>One Maritime Plaza, Suite 2300<br>San Francisco, California 94111-3513<br>Telephone: 415.262.4500<br>Facsimile: 415.262.4555<br><br>STEVEN B. WEISBURD (No. 171490)<br>steven.weisburd@dechert.com<br>DECHERT LLP<br>300 West 6th Street<br>Suite 2010<br>Austin, TX 78701<br>Telephone: 512.394.3000<br>Facsimile: 512.394.3001<br><br>Attorneys for Defendants,<br>GOOGLE INC. | HENRY WEISSMANN (No. 132418)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>E-mail: Henry.Weissmann@mto.com<br><br>ROSEMARIE T. RING (No. 220769)<br>SARALA V. NAGALA (No. 258712)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>E-Mail: Rose.Ring@mto.com;<br>Sarala.Nagala@mto.com<br><br>Attorneys for Defendant, HTC Corporation |

WAYNE S. KREGER (No. 154759)
SARA D. AVILA (No. 263213)
MILSTEIN, ADELMAN & KREGER, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
E-Mail: wkreger@maklawyers.com;
savila@maklawyers.com

Attorneys for Plaintiff, Mary McKinney
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY McKINNEY, et al.,<br><br>              Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation, HTC CORP., a Taiwanese corporation, and T-MOBILE USA, INC., a Delaware corporation,<br><br>              Defendants. | Case No. C 10-01177 JW<br><br>Action filed: April 15, 2010<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME** |

1  Pursuant to Civil Local Rule 6-2, the parties request an order changing the time in which
2  defendants Google Inc. and HTC Corporation (the "Defendants") must file their reply in support
3  of their motion to dismiss the Second Amended Complaint filed by Mary McKinney
4  ("McKinney"):
5  WHEREAS Defendants currently must file their reply on April 11, 2011;
6  WHEREAS McKinney has agreed, subject to this Court's approval, to extend the
7  Defendants' deadline for filing their reply until April 18, 2011, and,
8  WHEREAS this extension will alter a time frame set by the local rules of this Court and
9  therefore requires a Court order for such an extension;
10  NOW THEREFORE, McKinney and Defendants through their counsel of record, and
11  subject to this Court's approval, stipulate to the following:
12  Defendants' deadline for filing a reply in support of their motion to dismiss McKinney's
13  Second Amended Complaint should be extended from April 11, 2011 until April 18, 2011.
14  Although the parties are not requesting that the current April 25, 2011 hearing date be continued,
15  should the Court choose to continue the hearing *sua sponte*, the schedule of the case will be
16  extended until such time as the Court may hear the motion to dismiss.

DATED: April 5, 2011          DECHERT LLP

                              By:  /s/ *Matthew L. Larrabee*
                                   MATTHEW L. LARRABEE

                              Attorneys for Defendant
                              GOOGLE INC.

DATED: April 5, 2011          MILSTEIN, ADELMAN & KREGER, LLP

                              By:  /s/ *Sara Avila*
                                   SARA AVILA

                              Attorneys for Plaintiff
                              MARY MCKINNEY

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION                                        Case No. C 10-1177 JW

1 | DATED: April 5, 2011          MUNGER, TOLLES & OLSON LLP

2

3 | By:  /s/ *Rosemarie T. Ring*
           ROSEMARIE T. RING

4

5 | Attorneys for Defendant
    HTC CORPORATION

6

7 | [~~PROPOSED~~] ORDER PURSUANT TO STIPULATION, IT IS SO ORDERED.

8 | Dated: April 6, 2011

9 | HON. JAMES WARE, U.S. DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATION**

I, Matthew Larrabee, am the ECF User whose identification and password are being used to file this STIPULATED REQUEST FOR ORDER CHANGING TIME. In compliance with General Order 45.X.B., I hereby attest that Sara Avila and Rosemarie T. Ring concurred in this filing.

14062343.2