**MILSTEIN | ADELMAN, LLP**
SARA D. AVILA, State Bar No. 263213
savila@maklawyers.com
2800 Donald Douglas Loop North
Santa Monica, California  90405
Telephone (310) 396-9600
Facsimile (310) 396-9635

**WHATLEY DRAKE & KALLAS, LLC**
Joe R. Whatley, Jr. (*pro hac vice* pending, NY Bar No.4406088)
jwhatley@wdklaw.com
Edith M. Kallas (*pro hac vice* pending, NY Bar No. 2200434)
ekallas@wdklaw.com
Patrick J. Sheehan (*pro hac vice* pending, NY Bar No. 3016060)
psheehan@wdklaw.com
1540 Broadway, 37th Floor
New York, New York 10036
Tel: (212) 447-7070
Fax: (212) 447-7077

Attorneys for Plaintiff
Additional Counsel Listed on Signature Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| MARY MCKINNEY, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation; and, HTC CORP., a Delaware corporation.<br><br>*Defendants* | 5:10-cv-01177-JW (Hon. James Ware)<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANTS' MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**<br><br>Current Hearing Date:   April 25, 2011<br>Proposed Hearing Date:   May 2, 2011 |

Pursuant to Civil Local Rule 7-7(b), the parties stipulate to a continuance of the hearing date on Defendant Google Inc. and HTC Corp. (collectively "Defendants") Motion to Dismiss Plaintiff's Second Amended Complaint to May 2, 2011.

WHEREAS, the hearing is currently set for April 25, 2011;

WHEREAS, an opposition has been filed to Defendants' Motion to Dismiss;

1

WHEREAS, the parties affected by the motion have not previously stipulated to continue the hearing date;

WHEREAS, Plaintiff requested a continuance of the hearing date because, unless the hearing is rescheduled, they must travel by airplane to San Jose on Easter Sunday to attend the hearing scheduled for Monday, April 24, 2011 at 9:00am;

WHEREAS, Defendants have agreed, subject to this Court's approval, to continue the hearing date to May 2, 2011, or any date on or after June 6, 2011, that is convenient for the Court. Counsel is unavailable May 9, 2011 through May 30.

WHEREAS, this extension will alter a time frame set by the local rules of this Court and therefore requires a Court order for such an extension;

NOW THEREFORE, Plaintiff and Defendants, through their counsel of record, and subject to this Court's approval, stipulate to the following:  The April 25, 2011 hearing on Defendants' Motion to Dismiss shall be continued to May 2, 2011, or any date on or after June 6, 2011, that is convenient to the Court.


DATED: April 15, 2011                         MILSTEIN ADELMAN, LLP


                                              By:      */s/ Sara Avila*
                                                         SARA AVILA

                                              Attorneys for Plaintiff
                                              MARY MCKINNEY

DATED: April 15, 2011                          WHATLEY DRAKE & KALLAS, LLC


                                              By:      */s/ Adam Plant*
                                                         ADAM PLANT

                                              Attorneys for Plaintiff
                                              MARY MCKINNEY

DATED: April 15, 2011                         DECHERT LLP


                                              By:      */s/ Matthew L. Larrabee*
                                                         MATTHEW LARRABEE

                                              Attorneys for Defendant
                                              GOOGLE INC.

DATED: April 15, 2011                         MUNGER, TOLLES & OLSON LLP


                                              By:      */s/ Rosemarie T. Ring*
                                                         ROSEMARIE T. RING

                                              Attorneys for Defendant
                                              HTC CORP.

1 | ORDER

2 | PURSUANT TO STIPULATION, the hearing on Defendants' Motion to Dismiss Plaintiff's

3 | Second Amended Complaint is continued to _____May 2, 2011_____.

4 | **IT IS SO ORDERED**.

5 |

6 | Date: April 21, 2011        *James Ware*
  | HON. JAMES WARE, U.S. DISTRICT COURT

# **CERTIFICATION**

I, Sara D. Avila, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45.X.B., I hereby attest that France Jaffe and Rosemarie Ring concurred in this filing.

DATED: April 13, 2011    Attorney for Plaintiff Mary McKinney and the Proposed Class

By:  /s/ Sara D. Avila
MILSTEIN ADELMAN, LLP
   Gillian L. Wade
   Sara D. Avila

WHATLEY DRAKE & KALLAS, LLC
   Joe R. Whatley, Jr.
   Edith M. Kallas
   Patrick J. Sheehan

LAW OFFICE OF HOWARD RUBINSTEIN
   Howard Rubinstein
   howardr@pdq.net
   914 Waters Avenue, Suite 20
   Aspen, Colorado 81611
   Tel: (832) 715-2788

SMITH & VANTURE, LLP
   Brian W. Smith
   bws@smithvanture.com
   1615 Forum Place, Suite 4C
   West Palm Beach, Florida 33401
   Tel: (800) 443-4529
   Fax: (561) 688-0630