**MILSTEIN | ADELMAN, LLP**
GILLIAN L. WADE, State Bar No. 229124
gwade@milsteinadelman.com
SARA D. AVILA, State Bar No. 263213
savila@milsteinadelman.com
2800 Donald Douglas Loop North
Santa Monica, California  90405
Telephone (310) 396-9600
Facsimile (310) 396-9635

**WHATLEY DRAKE & KALLAS, LLC**
Joe R. Whatley, Jr. (*pro hac vice* pending, NY Bar No.4406088)
jwhatley@wdklaw.com
Edith M. Kallas (*pro hac vice* pending, NY Bar No. 2200434)
ekallas@wdklaw.com
Patrick J. Sheehan (*pro hac vice* pending, NY Bar No. 3016060)
psheehan@wdklaw.com
1540 Broadway, 37th Floor
New York, New York 10036
Tel: (212) 447-7070
Fax: (212) 447-7077

Attorneys for Plaintiff
Additional Counsel Listed on Signature Page

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila
6/24/2011

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| MARY MCKINNEY, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation; and, HTC CORP., a Delaware corporation.<br><br>*Defendants* | 5:10-cv-01177-EJD (Hon. Edward J. Davila)<br><br>**PLAINTIFF'S UNOPPOSED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**<br><br>Current Hearing Date:   July 1, 2011<br>Proposed Hearing Date:  July 22, 2011 |

Pursuant to Civil Local Rule 7-7(b), Plaintiff files this unopposed request for a continuance of the hearing date on Defendants HTC Corporation ("HTC") and Google Inc.'s ("Google") Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion").

WHEREAS, the hearing on the Motion is currently set for July 1, 2011;

1  WHEREAS, an opposition and reply to the Motion have been filed;

2  WHEREAS, the parties affected by the Motion have previously stipulated once to continue

3  the hearing date (*see* Docket No. 93);

4  WHEREAS, Plaintiff requests a continuance of the hearing date because, unless the

5  hearing is rescheduled, Plaintiff's counsel must travel by airplane to San Jose from Boston and

6  Los Angeles during the busy Independence Day weekend to attend the hearing scheduled for the

7  Friday, July 1, 2011 hearing;

8  WHEREAS, Plaintiff's counsel is unavailable July 8, 2011;

9  WHEREAS, counsel for HTC Corporation is unavailable July 15, 2011;

10  WHEREAS, to accommodate Plaintiff's request Google and HTC do not oppose

11  continuing the July 1, 2011 hearing date to July 22, 2011, or any date thereafter that is convenient

12  for the Court;

13  WHEREAS, this extension will alter a time frame set by the local rules of this Court and

14  therefore requires a Court order for such an extension;

15  Plaintiff, through her counsel of record, and subject to this Court's approval, requests that

16  the July 1, 2011 hearing on Defendants' Motion to Dismiss be continued to July 22 at 9:00 am, or

17  any date thereafter that is convenient to the Court.

**PLAINTIFF'S UNOPPOSED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**
5:10-CV-01177-EJD

1   DATED: June 23, 2011                    MILSTEIN ADELMAN, LLP

2

3                                            By:      */s/ Sara Avila*
                                                     SARA AVILA
4
                                             Attorneys for Plaintiff
5                                            MARY MCKINNEY

6   DATED: June 23, 2011                    WHATLEY DRAKE & KALLAS, LLC

7

8                                            By:      */s/ Patrick Sheehan*
                                                     PATRICK SHEEHAN
9
                                             Attorneys for Plaintiff
10                                           MARY MCKINNEY

**PLAINTIFF'S UNOPPOSED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S**
**MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**
5:10-CV-01177-EJD

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARY MCKINNEY, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation;<br><br>*Defendants* | 5:10-cv-01177-EJD (Hon. Edward J. Davila)<br><br>[PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]<br><br>Current Hearing Date:   July 1, 2011<br>Proposed Hearing Date:   July 22, 2011 |

**[PROPOSED] ORDER**

PURSUANT TO PLAINTIFF'S UNOPPOSED REQUEST, the hearing on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is continued to __August 19, 2011 at 9:00 AM__.

**IT IS SO ORDERED**.

Date:   June 24, 2011

_____
HON. EDWARD J. DAVILA, U.S. DISTRICT COURT

PLAINTIFF'S UNOPPOSED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]
5:10-CV-01177-EJD

4

## CERTIFICATION

I, Sara D. Avila, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER.

DATED: June 23, 2011　　　　　　　　　　　Attorney for Plaintiff Mary McKinney and the Proposed Class

　　　　　　　　　　　　　　　　　By:　/s/ Sara D. Avila
　　　　　　　　　　　　　　　　　　　MILSTEIN ADELMAN, LLP
　　　　　　　　　　　　　　　　　　　　Gillian L. Wade
　　　　　　　　　　　　　　　　　　　　Sara D. Avila

　　　　　　　　　　　　　　　　　　　WHATLEY DRAKE & KALLAS, LLC
　　　　　　　　　　　　　　　　　　　　Joe R. Whatley, Jr.
　　　　　　　　　　　　　　　　　　　　Edith M. Kallas
　　　　　　　　　　　　　　　　　　　　Patrick J. Sheehan

　　　　　　　　　　　　　　　　　　　LAW OFFICE OF HOWARD RUBINSTEIN
　　　　　　　　　　　　　　　　　　　　Howard Rubinstein
　　　　　　　　　　　　　　　　　　　　howardr@pdq.net
　　　　　　　　　　　　　　　　　　　　914 Waters Avenue, Suite 20
　　　　　　　　　　　　　　　　　　　　Aspen, Colorado 81611
　　　　　　　　　　　　　　　　　　　　Tel: (832) 715-2788

　　　　　　　　　　　　　　　　　　　SMITH & VANTURE, LLP
　　　　　　　　　　　　　　　　　　　　Brian W. Smith
　　　　　　　　　　　　　　　　　　　　bws@smithvanture.com
　　　　　　　　　　　　　　　　　　　　1615 Forum Place, Suite 4C
　　　　　　　　　　　　　　　　　　　　West Palm Beach, Florida 33401
　　　　　　　　　　　　　　　　　　　　Tel: (800) 443-4529
　　　　　　　　　　　　　　　　　　　　Fax: (561) 688-0630

**PLAINTIFF'S UNOPPOSED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**
5:10-CV-01177-EJD

5