**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY MCKINNEY,<br><br>　　　　　Plaintiff,<br>　v.<br><br>GOOGLE, INC., ET AL,<br><br>　　　　　Defendants. | Case No.: 5:10-CV-01177 EJD |
| NATHAN NABORS,<br><br>　　　　　Plaintiff,<br>　v.<br><br>GOOGLE, INC.,<br><br>　　　　　Defendant. | Case No.: 5:10-CV-03897 EJD<br><br>**ORDER REQUIRING CASE STATUS STATEMENT REGARDING WHETHER THE CASES SHOULD BE CONSOLIDATED** |

On October 8, 2010, Chief Judge Ware issued an order finding that these cases are related within the meaning of Rule 3-12(a). The Order also required the parties to file a joint case management statement no later than October 15, 2010 addressing whether the cases should be consolidated and, if so, proposing a schedule for nomination of Lead Plaintiff and Lead Counsel. A review of the docket indicates that a statement addressing consolidation has not been filed. Accordingly,

1

Case No.: 5:10-CV-01177 EJD, 5:10-CV-03897 EJD
**ORDER REQUIRING CASE STATUS STATEMENT REGARDING WHETHER THE CASES SHOULD BE CONSOLIDATED**

IT IS HEREBY ORDERED that, no later than September 9, 2011, the parties in both cases shall file a joint statement addressing whether the cases should be consolidated and, if so, proposing a schedule for nomination of Lead Plaintiff and Lead Counsel.

Dated:  August 30, 2011

                                                      EDWARD J. DAVILA
                                                     United States District Judge

Case No.: 5:10-CV-01177 EJD, 5:10-CV-03897 EJD
**ORDER REQUIRING CASE STATUS STATEMENT REGARDING WHETHER THE CASES SHOULD BE CONSOLIDATED**