UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY MCKINNEY,<br><br>          Plaintiff,<br>v.<br><br>GOOGLE, INC., ET AL,<br><br>          Defendants. | Case No.: 5:10-CV-01177 EJD |
| NATHAN NABORS,<br><br>          Plaintiff,<br>v.<br><br>GOOGLE, INC.,<br><br>          Defendant. | Case No.: 5:10-CV-03897 EJD<br><br>**ORDER NAMING CONSOLIDATED CASE** |

On September 15, 2011, the court ordered that the above-captioned cases be consolidated and that Case No. 5:10-CV-01177 EJD, the earlier filed action, would be the lead case.

IT IS HEREBY ORDERED that the consolidated case is titled "In re Google Phone Litigation." All documents filed in the consolidated case shall be captioned accordingly and shall

1

Case No.: 5:10-CV-01177 EJD, 5:10-CV-03897 EJD
**ORDER NAMING CONSOLIDATED CASE**

be filed on the docket of the lead case, 5:10-CV-01177 EJD.

Dated: September 30, 2011

_____
EDWARD J. DAVILA
United States District Judge

2

Case No.: 5:10-CV-01177 EJD, 5:10-CV-03897 EJD
**ORDER NAMING CONSOLIDATED CASE**