GILLIAN L. WADE (SBN 229124)
SARA D. AVILA (SBN 263213)
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
E-Mail: *gwade@milsteinadelman.com;*
*savila@maklawyers.com*

Attorneys for Plaintiffs Mary McKinney and
Nathan Nabors

HENRY WEISSMANN (SBN 132418)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702
E-mail: *Henry.Weissmann@mto.com*

ROSEMARIE T. RING (SBN 220769)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
E-Mail: *Rose.Ring@mto.com*

Attorneys for Defendant HTC Corporation

MATTHEW L. LARRABEE (No. 97147)
DECHERT LLP
One Maritime Plaza, Suite 2300
San Francisco, California 94111-3513
Telephone: 415.262.4500
Facsimile: 415.262.4555
E-Mail: *matthew.larrabee@dechert.com*

STEVEN B.WEISBURD (No. 171490)
DECHERT LLP
300 West 6th Street, Suite 2010
Austin, Texas 78701
Telephone: 512.394.3000
Facsimile: 512.394.3001
E-Mail: *steven.weisburd@dechert.com*

Attorneys for Defendant Google, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google Phone Litigation | CASE NO.  5:10-CV-01177-EJD (Consolidated with No. 5:10-CV-03897 EJD) **[PROPOSED] ORDER APPROVING STIPULATION EXTENDING TIME FOR DEFENDANTS TO REPLY IN SUPPORT OF MOTION TO DISMISS** |

12946794.1

[PROPOSED] ORDER
CASE NO. C 10-01177 EJD

**ORDER**

Pursuant to stipulation of the parties, Defendants Google, Inc. and HTC Corporation shall have until November 28, 2011, to file a reply in support of their Motion to Dismiss the Consolidated Amended Complaint (Docket No. 113).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  November 15, 2011

By:_____

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE