| | |
|---|---|
| MATTHEW L. LARRABEE (No. 97147)<br>DECHERT LLP<br>One Maritime Plaza, Suite 2300<br>San Francisco, California 94111-3513<br>Telephone: 415.262.4500<br>Facsimile: 415.262.4555<br>E-Mail: Matthew.Larrabbe@dechet.com | HENRY WEISSMANN (No. 132418)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>E-mail: Henry.Weissmann@mto.com |
| STEVEN B. WEISBURD (No. 171490)<br>DECHERT LLP<br>300 West 6th Street<br>Suite 2010<br>Austin, TX 78701<br>Telephone: 512.394.3000<br>Facsimile: 512.394.3001<br>Email: Steven.Weisburd@dechert.com | ROSEMARIE T. RING (No. 220769)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>E-Mail: Rose.Ring@mto.com;<br>Sarala.Nagala@mto.com |
| Attorneys for Defendants,<br>GOOGLE INC. | Attorneys for Defendant, HTC Corporation |
| GILLIAN L. WADE (No. 229124)<br>SARA D. AVILA (No. 263213)<br>MILSTEIN, ADELMAN & KREGER, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90405<br>Telephone: (310) 396-9600<br>Facsimile: (310) 396-9635<br>E-Mail: gwade@millsteinadelman.com;<br>savila@maklawyers.com | [Additional Counsel on Signature Page] |
| Attorneys for Plaintiff, Mary McKinney<br>& Nathan Nabors | |

IT IS SO ORDERED
Judge Edward J. Davila
9/12/2012

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **In re Google Phone Litigation** | Case No. 5:10-CV-01177-EJD<br>(consolidated with No. 5:10-CV-03897-EJD)<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE SECOND CONSOLIDATED COMPLAINT** |

1  WHEREAS, the Court on August 2, 2012 granted the motion to dismiss filed by
2  defendants Google Inc. and HTC Corporation ("Defendants") with respect to the First
3  Consolidated Complaint filed by Plaintiffs Mary McKinney and Nathan Nabors ("Plaintiffs"), but
4  afforded leave to amend;

5  WHEREAS, Plaintiffs filed their Second Consolidated Complaint (the "Complaint") on
6  August 31, 2012, and Defendants' current due date for its motion to dismiss that Complaint is
7  September 14, 2012;

8  WHEREAS, the parties have agreed to a stipulated briefing schedule pursuant to which
9  Defendants would file their motion to dismiss no later than October 15, 2012; Plaintiffs would
10 file their opposition to the motion to dismiss twenty-one (21) days after the date in which
11 Defendants' motion is filed; and Defendants would file their reply brief fourteen (14) days after
12 the date in which Plaintiffs' opposition is filed;

13 NOW, THEREFORE, the undersigned parties, by and through their counsel of record,
14 respectfully stipulate as follows:

15  1. Defendants shall file their motion to dismiss no later than October 15, 2012;
16  2. Plaintiffs shall file any opposition to Defendants motion no later than twenty-one
17     (21) days after the date in which Defendant's motion is filed;
18  3. Defendants shall file any reply to Plaintiffs' opposition no later than (14) fourteen
19     days after the date in which Plaintiffs' opposition is filed.

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION                                   Case No. 5:10-CV-0177-EJD

DATED: September 10, 2012    DECHERT LLP

By:  /s/ Matthew L. Larrabee
       MATTHEW L. LARRABEE

Attorneys for Defendant
GOOGLE INC.

DATED: September 10, 2012    MILSTEIN, ADELMAN & KREGER, LLP

By:  /s/ Gillian L. Wade
       GILLIAN L. WADE

Attorneys for Plaintiffs
MARY MCKINNEY & NATHAN NABORS

DATED: September 10, 2012    MUNGER, TOLLES & OLSON LLP

By:  /s/ Rosemarie T. Ring
       ROSEMARIE T. RING

Attorneys for Defendant
HTC CORPORATION

1  Additional Counsel:

2  JOE R. WHATLEY, JR.                          HOWARD RUBINSTEIN
   EDITH M. KALLAS                              LAW OFFICE OF HOWARD RUBINSTEIN
3  PATRICK J. SHEEHAN                           914 Waters Avenue, Suite 20
   WHATLEY DRAKE & KALLAS, LLC                  Aspen, CO 81611
4  1540 Broadway, 37th Floor                    Telephone: (832) 715-2788
5  New York, NY 10036                           E-Mail: howardr@pdq.net
   Telephone: (212) 447-7070
6  Facsimile: (212) 447-7077                    Attorneys for Plaintiffs Mary McKinney
   E-Mail: jwhatley@wdklaw.com;                 & Nathan Nabors
7  ekallas@wdklaw.com; psheehan@wdklaw.com

8
   Attorneys for Plaintiffs Mary McKinney
9  & Nathan Nabors

10
   BRIAN W. SMITH                               ALAN M. MANSFIELD
11 SMITH & VANTURE, LLP                         THE CONSUMER LAW GROUP
   1615 Forum Place, Suite 4C                   10200 Willow Creek Road, Suite 160
12 West Palm Beach, FL 33401                    San Diego, CA 92131
   Telephone: (800) 443-4529                    Telephone: (619) 308-5034
13 E-Mail: bws@smithvanture.com                 E-Mail: alan@clgca.com

14
   Attorneys for Plaintiffs Mary McKinney       Attorneys for Plaintiffs Mary McKinney
15 & Nathan Nabors                              & Nathan Nabors

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **<u>CERTIFICATION</u>**

2     I, Matthew L. Larrabee, am the ECF User whose identification and password are being

3 used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO

4 RESPOND TO THE SECOND CONSOLIDATED COMPLAINT. In compliance with General

5 Order 45.X.B., I hereby attest that Gillian Wade and Rosemarie Ring concurred in this filing.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION      Case No. 5:10-CV-0177-EJD