GILLIAN L. WADE (No. 229124)
SARA D. AVILA (No. 263213)
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
E-Mail: gwade@millsteinadelman.com;
savila@milsteinadelman.com

Attorneys for Plaintiffs Mary McKinney
& Nathan Nabors

[Additional Counsel on Signature Page]

**IT IS SO ORDERED**
*[signature]*
Judge Edward J. Davila

10/16/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **In re Google Phone Litigation** | Case No. 5:10-CV-01177-EJD<br>(consolidated with No. 5:10-CV-03897-EJD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiffs Mary McKinney and Nathan Nabors, by and through their counsel, hereby dismiss this action with prejudice under Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The Clerk shall close this file.

DATED: October 12, 2012              MILSTEIN ADELMAN, LLP


                                     By:    /s/ Sara D. Avila
                                     Gillian L. Wade
                                     Sara D. Avila
                                     Attorneys for Plaintiffs
                                     Mary McKinney & Nathan Nabors

Additional Counsel:

| | |
|---|---|
| JOE R. WHATLEY, JR.<br>EDITH M. KALLAS<br>PATRICK J. SHEEHAN<br>WHATLEY DRAKE & KALLAS, LLC<br>380 Madison Avenue, 23rd Floor<br>New York, NY 10017<br>Telephone: (212) 447-7070<br>Facsimile: (212) 447-7077<br>E-Mail: jwhatley@wdklaw.com;<br>ekallas@wdklaw.com; psheehan@wdklaw.com<br><br>Attorneys for Plaintiffs Mary McKinney<br>& Nathan Nabors | HOWARD W. RUBINSTEIN<br>BENJAMIN LOPATIN<br>LAW OFFICE OF HOWARD W.<br>RUBINSTEIN, P.A.<br>914 Waters Avenue, Suite 20<br>Aspen, CO 81611<br>Telephone: (832) 715-2788<br>E-Mail: howardr@pdq.net<br><br>Attorneys for Plaintiffs Mary McKinney<br>& Nathan Nabors |
| BRIAN W. SMITH<br>SMITH & VANTURE, LLP<br>1615 Forum Place, Suite 4C<br>West Palm Beach, FL 33401<br>Telephone: (800) 443-4529<br>E-Mail: bws@smithvanture.com<br><br>Attorneys for Plaintiffs Mary McKinney<br>& Nathan Nabors | ALAN M. MANSFIELD<br>THE CONSUMER LAW GROUP<br>10200 Willow Creek Road, Suite 160<br>San Diego, CA 92131<br>Telephone: (619) 308-5034<br>E-Mail: alan@clgca.com<br><br>Attorneys for Plaintiffs Mary McKinney<br>& Nathan Nabors |